Submitted on record and briefs June 2, reversed and remanded for new trial July 19, 2006

STATE OF OREGON,
*Respondent,*

*v.*

BYRON HOWLE STUBBS,
*Appellant.*

0400073M; A125360

139 P3d 973

Peter Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Robert M. Atkinson, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals a judgment of conviction for endangering the welfare of a minor. ORS 163.575. He assigns error to the denial of a motion to suppress evidence that he contends was obtained by exploitation of an unlawful traffic stop. The state concedes that, under *State v. Hall*, 339 Or 7, 115 P3d 908 (2005), the trial court erred. We agree and accept the concession.

Reversed and remanded for new trial.